UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| J.W., a minor, b/n/f and mother, <br> TERESA PREWETT, <br><br> Plaintiffs, <br><br> v. <br><br> STANLEY WEEMS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO.: 2:11-CV-290 |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 6, 2012. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiffs' motion for emergency injunctive relief, [Doc. 72], and an amended motion for emergency injunctive relief, [Doc. 76], be granted.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 86], that plaintiffs' motions, [Docs. 72 and 76], be GRANTED, and that the temporary restraining order be converted into a preliminary injunction which should remain in effect pending further order, subject to the following exceptions and additions:

(1) Defendant's attorney-in-fact should be allowed to pay defendant's water and electric bill as those bills come due;

(2) Defendant's attorney-in fact should be allowed to pay the monthly mortgage payment on defendant's residence, in the approximate amount of $325.00 per month, to the extent the attorney-in-fact has monies available to do so;

(3) Defendant's attorney-in-fact, to the extent she has funds to do so, should be allowed to make the quarterly payment of interest in the amount of $605.18 (the next payment being due in November 2012) on an indebtedness owed Andrew Johnson Bank that has a principal balance of $26,202.64, which indebtedness is secured by a mortgage on 30.5 acres of realty owned by defendant, as well as by a security interest in various pieces of farm equipment; and

(4) Defendant's attorney-in-fact should keep detailed records concerning all payments made by her as stated above, as well as be prepared to fully account for all monies received by her on defendant's account, from whatever source.

So Ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE